CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM FEBRUARY 23, 1904, TO APRIL 4, 1904.

No. 594. ROBERT MILLER, SPECIAL MASTER, ETC., PLAINTIFF IN ERROR, *v.* NORTHERN ASSURANCE COMPANY. In error to the District Court of the United States for the District of Porto Rico. February 23, 1904. Docketed and dismissed with costs, on motion of *Mr. J. S. Flannery* for the defendant in error. No one opposing.

---

No. 213. SAMUEL FARQUHUAR ET AL., PLAINTIFFS IN ERROR, *v.* EDWARD W. PRESHO ET AL., STREET COMMISSIONERS OF BOSTON. In error to the Supreme Judicial Court of the State of Massachusetts. February 23, 1904. Dismissed with costs, per stipulation. *Mr. Elmer P. Howe* for plaintiffs in error. *Mr. Thomas M. Babson* for defendants in error.

---

No. 536. L. C. SHATTUCK, APPELLANT, *v.* MARTIN COSTELLO. Appeal from the Supreme Court of the Territory of Arizona. March 1, 1904. Dismissed with costs, on motion of counsel for the appellant. *Mr. William H. Barnes* for the appellant. No appearance for appellee.